IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| SAMANTHA CAMDEN, *on behalf of herself and all others similarly situated*,<br><br>Plaintiff,<br><br>v.<br><br>BUCKNELL UNIVERSITY,<br><br>Defendant. | No. 4:23-CV-01907<br><br>(Chief Judge Brann) |

## ORDER

**FEBRUARY 23, 2024**

In accordance with the accompanying Memorandum Opinion, **IT IS HEREBY ORDERED** that:

1. Defendant Bucknell University's Motion to Dismiss (Doc. 16) is **DENIED**.

2. Subsequent to Bucknell's filing of an Answer to Camden's Complaint, an initial case management conference will be scheduled by separate Order.

3. The parties shall, with their joint case management plan, advise the Court regarding their views for how to approach targeted jurisdictional and class certification discovery.

BY THE COURT:

*s/ Matthew W. Brann*
Matthew W. Brann
Chief United States District Judge