IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| SAMANTHA CAMDEN, *on behalf of herself and all others similarly situated*,<br><br>Plaintiff,<br><br>v.<br><br>BUCKNELL UNIVERSITY,<br><br>Defendant. | Case No. 4:23-cv-01907-MWB |

**PLAINTIFF'S UNOPPOSED MOTION TO PRELIMINARILY APPROVE CLASS ACTION SETTLEMENT, CERTIFY THE CLASS, APPOINT CLASS COUNSEL, APPROVE PROPOSED CLASS NOTICE, AND SCHEDULE A FINAL APPROVAL HEARING**

**PLEASE TAKE NOTICE THAT**, upon the Declarations of Nicholas A. Colella and Anthony M. Alesandro and the accompanying exhibits and memorandum of law, and upon all prior proceedings, pleadings, and filings in the above-captioned action, Named Plaintiff Samantha Camden moves for an Order under Federal Rule of Civil Procedure 23:

(1) Preliminarily approving the proposed Settlement on behalf of the Settlement Class Members according to the terms of the Stipulation of Settlement;

1

(2) Provisionally certifying, for purposes of the Settlement only, the following Settlement Class:

> All enrolled students at Bucknell during the Spring 2020 semester who paid any Tuition and/or Fees, or who were credited with having paid the same and who were registered for at least one in-person class during the Spring 2020 semester.

(3) Preliminarily appointing Named Plaintiff Samantha Camden as Settlement Class Representative;

(4) Preliminarily appointing Nicholas A. Colella of Lynch Carpenter, LLP and Anthony M. Alesandro of Leeds Brown Law, P.C. as Class Counsel to act on behalf of the Settlement Class and the Settlement Class Representative with respect to the Settlement;

(5) Approving the Parties' proposed settlement procedure, including approving the Parties' selection of A.B. Data, Ltd. as Settlement Administrator and approving the Parties' proposed schedule;

(6) Entering the proposed Order Preliminarily Approving the Proposed Settlement and Provisionally Certifying the Proposed Settlement Class, attached as Exhibit A to the Settlement Agreement, which is attached as Exhibit 1 to the Declaration of Nicholas A. Colella; and

(7) Granting such other and further relief as may be just and appropriate.

Oral argument is requested to the extent desired by the Court.

Dated: August 22, 2024						Respectfully submitted,

<u>*/s/ Nicholas A. Colella*</u>
Nicholas A. Colella (PA 332699)
**LYNCH CARPENTER, LLP**
1133 Penn Avenue, 5th Floor
Pittsburgh, PA 15222
Phone: (412) 322-9243
NickC@lcllp.com

Anthony M. Alesandro, Esq.
**LEEDS BROWN LAW, P.C.**
One Old Country Road, Suite 347
Carle Place, New York 11514
Tel: (516) 873-9550
aalesandro@leedsbrownlaw.com

*Attorneys for Plaintiff*

## **LOCAL RULE 7.1 CERTIFICATION OF CONCURRENCE**

I hereby certify that I have sought concurrence with counsel for Defendant as to the relief requested in this motion, and Defendant's concurrence has been given.

*/s/ Nicholas A. Colella*
Nicholas A. Colella

## **CERTIFICATE OF SERVICE**

I hereby certify that, on August 22, 2024, a true and correct copy of the foregoing was filed through the Court's Electronic Case Filing (ECF) System and that the following attorneys of record are registered to receive notice of said filing through ECF:

Michael E. Baughman
TROUTMAN PEPPER HAMILTON SANDERS LLP
3000 Two Logan Square
18th and Arch Streets
Philadelphia, PA 19103
Michael.Baughman@troutman.com

Adam R. Martin
TROUTMAN PEPPER HAMILTON SANDERS LLP
Suite 200, 100 Market Street
P.O. Box 1181
Harrisburg, PA 17108-1181
Adam.Martin@troutman.com

                                               */s/ Nicholas A. Colella*
                                               Nicholas A. Colella