IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| SAMANTHA CAMDEN, *on behalf of herself and all others similarly situated*,<br><br>Plaintiff,<br><br>v.<br><br>BUCKNELL UNIVERSITY,<br><br>Defendant. | Case No. 4:23-cv-01907-MWB |

## PLAINTIFF'S UNOPPOSED MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT

**PLEASE TAKE NOTICE THAT**, upon the Declaration of Nicholas A. Colella, sworn to on May 30, 2025, and the accompanying exhibits and memorandum of law, and upon all prior proceedings, pleadings, and filings in the above-captioned action, Named Plaintiff Samantha Camden will move this Court on June 9, 2025, at 10:00 A.M. in the United District Court of the Middle District of Pennsylvania, U.S. Courthouse, Courtroom 1, Fourth Floor, 240 West Third Street, Williamsport, PA 17701, before the Honorable Matthew M. Brann of the United States District Court for the Middle District of Pennsylvania, for an Order under Federal Rule of Civil Procedure 23:

(1) Finally certifying, for purposes of the Settlement only, the following Settlement Class:

> All enrolled students at Bucknell during the Spring 2020 semester who paid any Tuition and/or Fees, or who were credited with having paid the same and who were registered for at least one in-person class during the Spring 2020 semester.

(2) Confirming that the notice plan approved by the Court in its February 5, 2025, Preliminary Approval Order has been fully and sufficiently executed; (3) finally appointing Plaintiff Samantha Camden as Settlement Class Representative; (4) finally appointing Nicholas A. Colella of Lynch Carpenter, LLP and Anthony M. Alesandro of Leeds Brown Law, P.C. to act on behalf of the Settlement Class and the Settlement Class Representative with respect to the Settlement; (5) entering the proposed final judgement; and (6) granting such other and further relief as may be just and appropriate.

Dated: May 30, 2025

Respectfully submitted,

/s/ Nicholas A. Colella
Nicholas A. Colella (PA ID No. 332699)
**LYNCH CARPENTER, LLP**
1133 Penn Avenue, 5th Floor
Pittsburgh, PA 15222
Phone: (412) 322-9243
NickC@lcllp.com

Anthony Alesandro, Esq.*
**LEEDS BROWN LAW, P.C.**
1 Old Country Road, Suite 347
Carle Place, NY 11514
516.873.9550

aalesandro@leedsbrownlaw.com

*Pro Hac Vice*

*Attorneys for Plaintiff and the Settlement Class*

Case 4:23-cv-01907-MWB   Document 40   Filed 05/30/25   Page 3 of 5

## **LOCAL RULE 7.1 CERTIFICATION OF CONCURRENCE**

I hereby certify that I have sought concurrence with counsel for Defendant as to the relief requested in this motion, and Defendant's does not oppose the relief sought in this motion.

*/s/ Nicholas A. Colella*
Nicholas A. Colella

## CERTIFICATE OF SERVICE

I hereby certify that, on May 30, 2025, a true and correct copy of the foregoing was filed through the Court's Electronic Case Filing (ECF) System and that the following attorneys of record are registered to receive notice of said filing through ECF:

Michael E. Baughman
TROUTMAN PEPPER HAMILTON SANDERS LLP
3000 Two Logan Square
18th and Arch Streets
Philadelphia, PA 19103
Michael.Baughman@troutman.com

Adam R. Martin
TROUTMAN PEPPER HAMILTON SANDERS LLP
Suite 200, 100 Market Street
P.O. Box 1181
Harrisburg, PA 17108-1181
Adam.Martin@troutman.com

/s/ Nicholas A. Colella
Nicholas A. Colella